## Reyes Vilma Plaintiff vs. Accounts Receivable Management Inc, et al Defendant

**Broward County Case Number:** COCE21015299
**State Reporting Number:** 062021SC015299AXXXCE
**Court Type:** Civil
**Case Type:** * SC Damages > $500 - $2,500
**Incident Date:** N/A
**Filing Date:** 03/22/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 48 Hilal, Jennifer Wigand

### Party(ies)

Total: 3

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Vilma, Reyes** | | ★ Patti, Thomas J Retained Bar ID: 118377 The Law Offices of Jibrael S. Hindi 110 SE 6th Street, Ste. 1744 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Accounts Receivable Management Inc** *Doing Business As* **A.R.M** | | |
| Defendant | **Physician Practices of MSMC LLC** | | |

### Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|

## −   Event(s) & Document(s)

Total: 10

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/29/2021 | **Order Setting Case Management Conference** | | 📄 | 2 |
| 04/28/2021 | **Disposition Order on Pretrial Conference** | OTHER: CMC 30 DAYS | 📄 | 1 |
| 04/27/2021 | **Mediation Report** | | 📄 | 1 |
| 04/26/2021 | **Notice of Appearance** | AND DESIGNATION OF E-MAIL ADDRESSES Party: *Defendant* Accounts Receivable Management Inc | 📄 | 2 |
| 03/22/2021 | **Civil Cover Sheet** | Amount: $1.00 | 📄 | 3 |
| 03/22/2021 | **Statement of Claim (eFiled)** | | 📄 | 13 |
| 03/22/2021 | **eSummons Issuance - Pretrial** | Party: *Defendant* Accounts Receivable Management Inc | 📄 | 4 |
| 03/22/2021 | **eSummons Issuance - Pretrial** | Party: *Defendant* Accounts Receivable Management Inc | 📄 | 4 |
| 03/22/2021 | **Notice of Service of Interrogs** | | 📄 | 6 |
| 03/22/2021 | **Request for Production of Documents** | | 📄 | 6 |

## −   Hearing(s)

Total: 1

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 04/27/2021 | **Pretrial Hearing** | Hearing Time: 9:15 AM Judicial Officer(s):48 Hilal, Jennifer Wigand Location: https://17thflcourts.zoom.us/j/292953734 |

## −   Related Case(s)

Total: 0

**There is no related case information available for this case.**

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Reyes Vilma
Plaintiff

Case # _____
Judge _____

vs.

<u>Accounts Receivable Management Inc dba A.R.M. Inc., Physician Practices of MSMC, LLC</u>
 Defendant

II.    **AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

III.    **TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
 ☐ Business governance
 ☐ Business torts
 ☐ Environmental/Toxic tort
 ☐ Third party indemnification
 ☐ Construction defect
 ☐ Mass tort
 ☐ Negligent security
 ☐ Nursing home negligence
 ☐ Premises liability—commercial
 ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
 ☐ Commercial foreclosure
 ☐ Homestead residential foreclosure
 ☐ Non-homestead residential foreclosure
 ☐ Other real property actions

☐Professional malpractice
 ☐ Malpractice—business
 ☐ Malpractice—medical
 ☐ Malpractice—other professional
☐ Other
 ☐ Antitrust/Trade regulation
 ☐ Business transactions
 ☐ Constitutional challenge—statute or ordinance
 ☐ Constitutional challenge—proposed amendment
 ☐ Corporate trusts
 ☐ Discrimination—employment or other
 ☐ Insurance claims
 ☐ Intellectual property
 ☐ Libel/Slander
 ☐ Shareholder derivative action
 ☐ Securities litigation
 ☐ Trade secrets
 ☐ Trust litigation

## COUNTY CIVIL

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.     NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  <u>3</u>

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.     HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.     IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas John Patti III</u>       Fla. Bar # <u>118377</u>
       Attorney or party              (Bar # if attorney)

<u>Thomas John Patti III</u>         <u>03/22/2021</u>
 (type or print name)         Date

IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

REYES VILMA,

     Plaintiff,

v.                                   **JURY TRIAL DEMANDED**

ACCOUNTS RECEIVABLE MANAGEMENT,
INC. d/b/a A.R.M., INC., and PHYSICIAN
PRACTICES OF MSMC, LLC,

     Defendants.

_____/

## STATEMENT OF CLAIM

     Plaintiff Reyes Vilma ("Plaintiff") sues Defendant Accounts Receivable Management, Inc. d/b/a A.R.M., Inc., and Defendant Physician Practices of MSMC, LLC (collectively, "Defendants") for violations of the Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act ("FCCPA").

## JURISDICTION AND VENUE

     1.     This Court has subject matter jurisdiction over Plaintiff and Defendants (collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court and, thus, venue and jurisdiction are proper.

     2.     This Court has personal jurisdiction over Defendants because Defendants are operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendants occurred within Broward County, Florida.

     3.     The amount in controversy is greater than $500.00, but does not exceed $8,000.00, exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/22/2021 12:14:44 PM.****

4.      Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011, et seq., the cause of action alleged below arose in Broward County Florida.

## PARTIES

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

6.      Defendant Accounts Receivable Management, Inc. *d/b/a* A.R.M., Inc. ("Defendant-DC") is a Florida corporation, with its principal place of business located in Miramar, Florida.

7.      Defendant-DC engages in interstate commerce by regularly using telephone and mail in a business whose principal purpose is the collection of debts.

8.      At all times material, Defendant-DC was acting as a debt collector in respect to the collection of Plaintiff's debts.

9.      Defendant Physician Practices of MSMC, LLC ("Defendant-Creditor") is a Florida corporation, with its principal place of business located in Miami Beach, Florida.

10.     At all times material, Defendant-Creditor was the creditor of the debts Defendant-DC sought to collect from Plaintiff.

## DEMAND FOR JURY TRIAL

11.     Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

12.     On a date better known by Defendants, Defendant-DC began attempting to collect a debt (the "Consumer Debt") from Plaintiff.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

13.     The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between Plaintiff and the creditor of the Consumer Debt, Defendant-Creditor, for the provision of medical services to Plaintiff (the "Subject Service").

14.     The Subject Service was primarily for personal, family, or household purposes.

15.     Defendant-DC is a business entity engaged in the business of soliciting consumer debts for collection.

16.     Defendant-DC is a business entity engaged in the business of collecting consumer debts.

17.     Defendant-DC regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

18.     Defendant-DC is an entity that is required to register with the Florida Office of Financial Regulation as a "Consumer Collection Agency" to lawfully collect consumer debts from Florida consumers.

19.     Defendant-DC is not registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

20.     Defendant-DC maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

21.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant-DC does maintain, are current to within one week of the current date.

22.     In the first weeks of Janurary-2020, a global pandemic caused by the COVID-19 virus began spreading across the world, causing extensive logistical problems for businesses on a nationwide scale, but most pointedly, resulted in unprecedented devastation to consumers nationwide – all of which became pervasive public knowledge (the "Pandemic").

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

23.   On January 31, 2020, a United States Public Health Emergency was announced due to the Pandemic.

24.   On March 01, 2020, a Florida Public Health Emergency was announced due to the Pandemic.

25.   On March 13, 2020, a United States National Emergency was announced due to the Pandemic.

26.   As a result of the onset of the Pandemic, of which remains on going, Defendants knew that attempting to collect consumer debts amid the Pandemic would be unusual and inconvenient to consumers, as the Pandemic has publicly caused unprecedented economic and financial devastation to consumers nationwide without reservation.

27.   As a result of the onset of the Pandemic, of which remains on going, Defendants knew that attempting to collect consumer debts amid the Pandemic would severely harass the target consumer.

28.   Subsequent to the onset of the Pandemic, Defendant-DC sent a letter, dated April 24, 2020, to Plaintiff (the "Collection Letter") in an attempt to collect the Consumer Debt.

29.   Attached hereto as Exhibit "A" is a copy of the Collection Letter.

30.   The Collection Letter is a communication from Defendants to Plaintiff in connection with the collection of a debt.

31.   The Collection Letter represents an action to collect a debt by Defendants.

32.   Defendant-DC identifies itself as a "debt collector" in the Collection Letter.

33.   In the Collection Letter, Defendant-DC states that it (the Collection Letter) is "an attempt to collect a debt."

34.   Defendant-DC is a "person" within the meaning of Fla. Stat. § 559.72.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

35.     Defendant-Creditor is a "person" within the meaning of Fla. Stat. § 559.72.

36.     The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

37.     The Collection Letter is an action to collect a debt by Defendant.

38.     Defendant is an entity required to register as a consumer collection agency with the Florida Department of State, *as per* Fla. Stat. § 559.553(1), to lawfully collect consumer debts from Florida consumers.

39.     Defendant does not maintain all the records specified in Rule 69V-180.080, Florida Administrative Code.

40.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are not current to within one week of the current date.

41.     Defendant has never registered, or otherwise been licensed, to collect consumer debts from Florida consumers in accordance with Fla. Stat. § 559.553.

42.     Defendant does not fall within any of the exemptions contained within Fla. Stat. § 559.553(3).

43.     Defendant cannot legally collect, or attempt to collect, the Consumer Debt from Plaintiff without first registering, and thereafter maintaining, a valid consumer collection agency license in accordance with Fla. Stat. §§ 559.553(1) & (2).

44.     Defendant's collection activities against Plaintiff constitute a criminal misdemeanor under Florida law. *See* Fla. Stat. § 559.785.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*COUNT I.*
**<u>VIOLATION OF 15 U.S.C. § 1692c(a)</u>**
(*against Defendant-DC*)

45.    Plaintiff incorporates by reference paragraphs 1-44 of this Complaint as though fully stated herein.

46.    Section 1692c of the FDCPA mandates, *inter alia*, that:

>    Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt … **at any unusual time or place or a time or place known or which should be known to be inconvenient to the consume**r.

15 U.S.C. § 1692c(a)(1) (emphasis added).

47.    As stated above, Defendant-DC mailed Plaintiff the Collection Letter in an attempt to collect the Consumer Debt during the Pandemic. Defendant-DC knew or should have known that the Pandemic, unquestionably, resulted in *unusual* circumstances during time § 1692c(a)(1) prohibits the collection of the Consumer Debt. Further, Defendant-DC knew or should have known that, due to the Pandemic, attempting to collect the Consumer Debt would, unquestionably, be inconvenient, as consumers nationwide were plunged into such economic and financial turmoil that an emergency stimulus bill, valued in the trillions of dollars, was warranted – and thereafter effectuated – within a matter of weeks.

48.    WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant-DC, awarding Plaintiff the following relief:

(a)    Statutory damages as provided by 15 U.S.C. § 1692k;

(b)    Costs and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k; and

(c)    Any other relief that this Court deems appropriate and just under the circumstances. circumstances.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*COUNT II.*
## VIOLATION OF 15 U.S.C. § 1692e, e(2)(A), e(5), & § 1692e(10)
(*against Defendant-DC*)

49.     Plaintiff incorporates by reference paragraphs 1-44 of this Statement of Claim as though fully stated herein.

50.     Defendant is liable to Plaintiff, a Florida consumer, for attempting to collect a consumer debt without first registering and, thereafter, maintaining a valid consumer collection agency license in accordance with Florida law. Fla. Stat. § 559.553.

51.     Here, Defendant mailed the Collection Letter to Plaintiff in an attempt to collect the Consumer Debt, and in so doing, Defendant engaged in activity which Florida requires licensure to be valid and otherwise lawful; however, at all times relevant, Defendant was not registered as a consumer collection agency with the Florida Department of State, as required by Fla. Stat. § 559.553.

52.     Defendant's failure to obtain a consumer debt collection license, as mandated by Florida Statutes § 559.553, while actively engaging in debt collection in the State of Florida violates 15 U.S.C. § 1692e & e(10) because attempting to collect a debt while not licensed as required by Florida law is a false, deceptive, and misleading practice.

53.     Defendant's failure to obtain a consumer debt collection license as mandated by Florida Statutes § 559.553, while actively engaging in debt collection in the State of Florida, violates 15 U.S.C. § 1692e(2)(A) because attempting to collect a debt and/or actually collecting a debt while not licensed as required by Florida law constitutes a false representation of the character and legal status of the underlying debt.

54.     Defendant's failure to obtain a consumer collection agency license, as mandated by Florida Statutes § 559.553, while attempting to collect consumer debts from Florida consumers is

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

a violation of 15 U.S.C. § 1692e(5) because the Collection Letter is a threat to take action that cannot legally be taken. For example, the Collection Letter causes the least sophisticated consumer to believe that Defendant may lawfully collect *or even attempt to collect* the Consumer Debt when, in reality, Defendant had no such authority or lawful ability.

55.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

(a)     Statutory damages as provided by 15 U.S.C. § 1692k;

(b)     Costs and reasonable attorneys' fees as provided by 15 U.S.C. § 1692k; and

(c)     Any other relief that this Court deems appropriate and just under the circumstances.

### COUNT III.
### VIOLATION OF FLA. STAT. § 559.72(7)
#### (*against Defendant-DC and Defendant-Creditor*)

56.     Plaintiff incorporates by reference paragraphs 1-35 of this Complaint as though fully stated herein.

57.     Section 559.72, Fla. Stat., of the FCCPA contains nineteen subsections and otherwise codifies an extensive list of acts and/or omissions that the FDCPA does not explicitly prohibit. Accordingly, in collecting consumer debts, pursuant to the FCCPA no person shall: "*Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.*" Fla. Stat. § 559.72(7).

58.     As stated above, Defendant-DC knew that attempting to collect the Consumer Debt from Plaintiff amid the Pandemic would be reasonably expected to harass Plaintiff, and

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

nevertheless, Defendant-DC proceeded to mail the Collection Letter to Plaintiff. As such, by and through the Collection Letter, Defendant-DC violated Fla. Stat. § 559.72(7).

59.     Further, at minimum, Defendant-DC acted with apparent authority in attempting to collect the Consumer Debt on Defendant-Creditor's behalf. Defendant-DC sought to collect the Consumer Debt from Plaintiff because Defendant-DC had contracted with Defendant-Creditor for the provision of such services.

60.     Defendant-Creditor purposely provided Defendant-DC with the requisite information to collect the Consumer Debt from Plaintiff, including but not limited to, Plaintiffs address, the loan balance, and interest rate.

61.     Here, the above-mentioned violation of § 559.72(7) is the result of Defendant-DC's acts and/or omissions, whereby such acts and/or omission occurred within the scope and course of agency between Defendant-DC and Defendant-Creditor, and as a result, Defendant-Creditor is vicariously liable for such FCCPA violation.

62.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendant-DC and Defendant-Creditor, awarding Plaintiff the following relief:

(a)     Statutory damages as provided under Fla. Stat. §559.77(2);

(b)     An injunction prohibiting Defendant-DC from engaging in further collection activities directed at Plaintiff that are in violation of the FCCPA;

(c)     Costs and reasonable attorneys' fees pursuant to Fla. Stat. §559.77(2); and

(d)     Any other relief that this Court deems appropriate under the circumstances.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: March 17, 2021

Respectfully Submitted,

  /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

# EXHIBIT "A"



**A.R.M., Inc.**
PO Box 277690
Miramar Fl 33027-7690



IF PAYING BY CREDIT CARD, FILL OUT BELOW • CHECK CARD USING FOR PAYMENT

MASTERCARD   DISCOVER   AMEX   VISA

CARD NUMBER                              CVV2

SIGNATURE                               EXP. DATE

| STATEMENT DATE | DUE DATE | CURRENT AMOUNT DUE |
|---|---|---|
| 04/24/2020 | | $422.00 |

| ACCOUNT NUMBER | $ AMOUNT ENCLOSED |
|---|---|
| 101397230-9681638 | |



REYES VILMA
1465 NE 123RD ST APT 204
NORTH MIAMI, FL  33161-6037





**A.R.M., Inc.**
PO Box 277690
Miramar Fl 33027-7690

☐ Please check box if above address is incorrect or if insurance information has changed and indicate change(s) on reverse side.

**DETACH UPPER PORTION AND RETURN WITH PAYMENT**

1010A

| Date(s) of Service | Reference Number | Creditor | Amount Due |
|---|---|---|---|
| 06/21/2019 | 101397230-9681638 | Physician Practices of MSMC LLC | $422.00 |

**Please Read Carefully . . .**

| Account Number | Account Name | Reference Number | Date(s) of Service | Total |
|---|---|---|---|---|
| 7337628-1 | REYES VILMA | 101397230-9681638 | 06/21/2019 | $422.00 |

Date of Service:  06/21/2019                                    Total:  $422.00

Dear Reyes Vilma:

Please be advised that your account has been assigned to Accounts Receivable Management, Inc., a collection agency.

You are directed to address all future correspondence and payments concerning this account to the address above.

Sincerely,

Ms. Santos Ext 114
888-548-8829

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGEMENT AND MAIL YOU A COPY OF SUCH JUDGEMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED  SHALL BE USED FOR THAT PURPOSE.

Guarantor's Name

Phone #
(   )

Guarantor's Address

City

State

Zip Code

## IF YOU HAVE NOT SUPPLIED INSURANCE INFORMATION, PLEASE DO SO HERE:

| PRIMARY INSURANCE COVERAGE | Patient's Relationship to Insured [ ] SELF  [ ] SPOUSE  [ ] CHILD  [ ] OTHER | SECONDARY INSURANCE COVERAGE | Patient's Relationship to Insured [ ] SELF  [ ] SPOUSE  [ ] CHILD  [ ] OTHER |
|---|---|---|---|

Insurance Company Name

Phone #
(   )

Insurance Company Address

Policyholders Name

Birthdate
/   /

Policy & Group #

Policy Effective Date
/   /

Employer's Name

Phone #
(   )

Employer's Address

Insurance Company Name

Phone #
(   )

Insurance Company Address

Policyholders Name

Birthdate
/   /

Policy & Group #

Policy Effective Date
/   /

Employer's Name

Phone #
(   )

Employer's Address

272_12191B

**IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

Case No.

REYES VILMA,

         Plaintiff,

   vs.

ACCOUNTS RECEIVABLE MANAGEMENT,
INC. d/b/a A.R.M., INC., and PHYSICIAN
PRACTICES OF MSMC, LLC,

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF
## SERVING INTERROGATORIES TO DEFENDANT

      Plaintiff Reyes Vilma, by and through undersigned counsel, and pursuant to Florida Rules

of Civil Procedure 1.340, hereby propounds the attached interrogatories to Defendant Accounts

Receivable Management, Inc. d/b/a A.R.M., Inc. Sworn answers to these Interrogatories must be

furnished on or before the 30th day after the service of these Interrogatories.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 17, 2021, the foregoing was electronically
filed with the Clerk of the Court using the Florida Courts E-Filing Portal which will send a notice
of electronic filing to all counsel of record.

                        /s/ Thomas J. Patti               .
                      **THOMAS J. PATTI, ESQ.**
                      Florida Bar No.: 118377
                      E-mail:    tom@jibraellaw.com
                      The Law Offices of Jibrael S. Hindi
                      110 SE 6th Street, Suite 1744
                      Fort Lauderdale, Florida 33301

                      *COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/22/2021 12:14:44 PM.****

## <u>PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT</u>

## I.   DEFINITIONS

(1)   "Action" shall mean the above captioned matter.

(2)   "Any," "All," and "each" shall be construed as any, all and each.

(3)   "And" shall mean and/or.

(4)   "Concern," "concerning," "refer," "referring," "relate, " "relating," "regard," or "regarding" shall all mean documents which explicitly or implicitly, in whole or  in part, compare, were received in conjunction with, or were generated as a result of the subject matter of the request, including all documents which reflect, record, specify, memorialize, relate, describe, discuss, consider, concern, constitute, embody, evaluate, analyze, refer to, review, report on, comment on, impinge  upon, or impact the subject matter of the request;

(5)   "Complaint" means the operative Statement of Claim filed in the above captioned action.

(6)   "Collection Letter" shall refer to Exhibit "A" attached to the Complaint.

(7)   "Communication" or "sent" includes every manner or means of disclosure, transfer, or exchange of information, and/or attempt thereof, and every disclosure, transfer or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, electronic mail, personal delivery, or otherwise, and/or attempt thereof.

(8)   "Defendant," "you," and "your" shall mean ACCOUNTS RECEIVABLE MANAGEMENT, INC. d/b/a A.R.M., INC, any of its directors, officers, sales, agents, managers, supervisors, general agents, agents (including attorneys, accountants, consultants, investment advisors or bankers), employees, representatives and any other persons purporting to act on their behalf. These defined terms include divisions, affiliates, subsidiaries, predecessor entities, acquired entities and/or related entities or any other entity acting or purporting to act on its behalf, including those who sought to communicate with Plaintiff during the relevant time-period whether by letter, e-mail, text message, or any other medium, regardless of whether successful or unsuccessful.

(9)   "Debt" shall refer to the obligation or purported obligation which Defendant sought to collect from Plaintiff in the Collection Letter.

(10)   "Document" means the original, and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, electronically or digitally stored, or graphic matter, however produced or reproduced, in the actual or constructive possession, custody, or control of plaintiff including, without limitation, all writings, drawings, graphs, charts, photographs, photographic records, sound reproduction tapes, data compilations (whether tangible or

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

intangible from which information can be obtained, discerned, or can be translated through detection devices into a reasonably usable tangible form), correspondence, memoranda, data, notes of conversations, diaries, papers, letters, e-mail communications, telegrams, messages of any kind, minutes of meetings, stenographic or hand-typed and written notes, appraisals, bids, account books, checks, invoices, ledgers, agreements, studies, estimates, reports, instructions, requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate records, accounts, contracts, leaflets, administrative or governmental reports or returns, exhibits, maps, surveys, sketches, microfilm, Xerox or any other tangible things which constitute or contain matters within the scope of the Florida Rules of Civil Procedure.

(11)   "FCCPA" means the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.*

(12)   "FDCPA" means the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*

(13)   "Including" means: (a) including, but not limited to, or (b) including, without limitation. Any examples which follow these phrases are set forth to clarify the request, definition or instruction, not limited to the request, definition or instruction.

(14)   "Identify" with respect to natural person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(15)   "Or" shall mean and/or.

(16)   "Payment" shall include all available methods of funds tender, including but not limited to: cash; money order, a negotiable instrument such as a check, note, or draft; an ACH debit; bank, wire, or electronic-funds transfer; and, credit-card payment.

(17)   "Person" or "Persons" shall mean natural persons, proprietorships, joint ventures, partnerships, corporations, trust, groups, associations, organizations, governmental agencies and all other entities.

(18)   "Plaintiff" or "Plaintiff's" shall mean REYES VILMA.

(19)   "Relevant time period," "relevant period" or "during the relevant period" refers to a finite length of time, the duration of which is uninterrupted, that begins three years prior to commencement of the above captioned action, and ends on March 17, 2021.

(20)   The phrase "as defined by the FDCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under 15 U.S.C. § 1692a.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(21)   The phrase "as defined by the FCCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under Fla. Stat., § 559.55.

## II.    INSTRUCTIONS

Each of the following requests is continuing, and in the event that at any later date you obtain or discover any additional information responsive to any request, you shall submit the information promptly. If an objection is made to any interrogatories herein, all information covered by the interrogatory which is not subject to the objection should be provided.

Information which may be responsive to more than one interrogatory need not be repeated, however such information should be identified and the interrogatory it was previously responsive to referenced. All headings herein are included only for organization purposes and should not be construed as being part of any interrogatory, or as limiting any request in any manner.

If any information requested by these interrogatories is claimed to be privileged or any interrogatory is otherwise objected to, please provide the exact grounds upon which the objection is based and identify all persons who presently have access to or are aware of the information requested.

## III.    INTERROGATORIES

**Interrogatory No. 1.**   Describe, step-by-step, the process which resulted in the Collection Letter being transmitted to Plaintiff, beginning with the date and method of transmission of Plaintiff's information to Defendant, e.g., computer tapes or other media delivered (when, by whom, where and to whom); content of computer tape or media; data input (where and by whom); computer entry or other means of directing transmission letters (where and by whom entry made); letter with debtor information printed (from where and by whom); letter with debtor information mailed (from where and by whom), computer tapes or media returned (on what occasion, when, by whom and to whom).

**RESPONSE:**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**Interrogatory No. 2.**   Identify each of Defendant's practices, policies, and procedures that were in existence prior to sending Plaintiff the Collection Letter, whereby said practices, policies, and procedures were reasonably adapted to prevent Defendant from violating the FDCPA as alleged by Plaintiff.

**RESPONSE:**

**Interrogatory No. 3.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, that Defendant maintains.

**RESPONSE:**

**Interrogatory No. 4.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, that Defendant does not maintain.

**RESPONSE:**

**Interrogatory No. 5.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, maintained by Defendant regarding Plaintiff or the Debt that are current within one week of the current date.

**RESPONSE:**

**Interrogatory No. 6.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, maintained by Defendant regarding Plaintiff or the Debt that are not current within one week of the current date.

**RESPONSE:**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>VERIFICATION</u>

Under penalties of perjury, I, the undersigned affiant, declare that I have read the foregoing

Answers to Interrogatories, and that the Answers are true and correct.

_____
AFFIANT SIGNATURE

_____
PRINTED NAME OF AFFIANT

_____
CAPACITY / TITLE OF AFFIANT

**BEFORE ME**, the undersigned authority, personally appeared _____,

who produced as identification _____, bearing

number _____ expiring on _____ who

did take an oath, who stated that he/she is the person noted above, and that, according to his/her

best knowledge and belief, the forgoing answers are true and correct.

Sworn to and subscribed before me, this _____ day of _____, 202_____.

_____
SIGNATURE OF NOTARY

_____
PRINTED NAME OF NOTARY

SEAL OF NOTARY

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Filing # 123501677 E-Filed 03/22/2021 12:14:46 PM

## IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

Case No.

REYES VILMA,

        Plaintiff,

vs.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC. d/b/a A.R.M.,
INC., and PHYSICIAN PRACTICES OF
MSMC, LLC,

        Defendant.

_____/

## PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Plaintiff Reyes Vilma, by and through undersigned counsel, and pursuant to Florida Rules of Civil Procedure 1.350, and requests Defendant Accounts Receivable Management, Inc. d/b/a A.R.M., Inc., and Physician Practices ff MSMC, LLC., to produce for inspection and copying within thirty (30) days from service the following documents by e-mail to tom@jibraellaw.com. or in the event delivery of Defendant's responses and the requested documents cannot be provided via e-mail, the same may be delivered to The Law Offices of Jibrael S. Hindi 110 SE 6th Street, Suite 1700, Fort Lauderdale, Florida 3330

**I.**    **DEFINITIONS**

(1)    "Action" shall mean the above captioned matter.

(2)    "Any," "All," and "each" shall be construed as any, all and each.

(3)    "And" shall mean and/or.

(4)    "Concern," "concerning," "refer," "referring," "relate," "relating," "regard," or "regarding" shall all mean documents which explicitly or implicitly, in whole or in part, compare, were received in conjunction with, or were generated as a result of the subject matter of the request, including all documents which reflect, record, specify, memorialize. relate, describe, discuss, consider, concern, constitute, embody, evaluate, analyze, refer to. review, report on, comment on, impinge upon, or impact the subject matter of the request;

(5)    "Complaint" means the operative Statement of Claim filed in the above captioned action.

(6)    "Collection Letter" shall refer to Exhibit "A" attached to the Complaint.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

(7)    "Communication" or "sent" includes every manner or means of disclosure, transfer, or exchange of information, and/or attempt thereof, and every disclosure, transfer or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, electronic mail, personal delivery, or otherwise, and/or attempt thereof.

(8)    "Defendant," "you," and "your" shall mean Accounts Receivable Management, Inc. d/b/a A.R.M., Inc., and Defendant Physician Practices of MSMC, LLC, any of its directors, officers, sales, agents, managers, supervisors, general agents, agents (including attorneys, accountants, consultants, investment advisors or bankers), employees, representatives and any other persons purporting to act on their behalf. These defined terms include divisions, affiliates, subsidiaries, predecessor entities, acquired entities and/or related entities or any other entity acting or purporting to act on its behalf, including those who sought to communicate with Plaintiff during the relevant time-period whether by letter, e-mail, text message, or any other medium, regardless of whether successful or unsuccessful.

(9)    "Debt" shall refer to the obligation or purported obligation which Defendant sought to collect from Plaintiff in the Collection Letter.

(10)   "Document" means the original, and all non-identical copies (whether different from the original because of additional notations or otherwise), of all written, printed, typed, recorded, electronically or digitally stored, or graphic matter, however produced or reproduced, in the actual or constructive possession, custody, or control of plaintiff including, without limitation, all writings, drawings, graphs, charts, photographs, photographic records, sound reproduction tapes, data compilations (whether tangible or intangible from which information can be obtained, discerned, or can be translated through detection devices into a reasonably usable tangible form), correspondence, memoranda, data, notes of conversations, diaries, papers, letters, e-mail communications, telegrams, messages of any kind, minutes of meetings, stenographic or hand-typed and written notes, appraisals, bids, account books, checks, invoices, ledgers, agreements, studies, estimates, reports, instructions, requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate records, accounts, contracts, leaflets, administrative or governmental reports or returns, exhibits, maps, surveys, sketches, microfilm, Xerox or any other tangible things which constitute or contain matters within the scope of the Florida Rules of Civil Procedure.

(11)   "FCCPA" means the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.*

(12)   "FDCPA" means the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.*

(13)   "Including" means: (a) including, but not limited to, or (b) including, without limitation. Any examples which follow these phrases are set forth to clarify the request, definition or instruction, not limited to the request, definition or instruction.

(14)   "Identify" with respect to natural person, means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person,

PAGE | 2 of 6

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

additionally, the present or last known place of employment. Once a person has been identified in accordance with this paragraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(15)   "Or" shall mean and/or.

(16)   "Payment" shall include all available methods of funds tender, including but not limited to: cash; money order, a negotiable instrument such as a check, note, or draft; an ACH debit; bank, wire, or electronic-funds transfer; and, credit-card payment.

(17)   "Person" or "Persons" shall mean natural persons, proprietorships, joint ventures, partnerships, corporations, trust, groups, associations, organizations, governmental agencies and all other entities.

(18)   "Plaintiff" or "Plaintiff's" shall mean Accounts Receivable Management, Inc. d/b/a A.R.M., Inc., and Defendant Physician Practices of MSMC, LLC.

(19)   "Relevant time period," "relevant period" or "during the relevant period" refers to a finite length of time, the duration of which is uninterrupted, that begins three years prior to commencement of the above captioned action, and ends on March 17, 2021.

(20)   The phrase "as defined by the FDCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under 15 U.S.C. § 1692a.

(21)   The phrase "as defined by the FCCPA" shall refer to the meaning and/or definition of a particular word or phrase set forth under Fla. Stat., § 559.55.

## II.   INSTRUCTIONS

Each of the following requests is continuing, and in the event that at any later date you obtain or discover any additional document responsive to any request, you shall submit such document promptly. If an objection is made to any request herein, all documents covered by the request not subject to the objection should be produced. Similarly, if an objection is made to production of a document, the portion(s) of that document not subject to objection should be produced with the portion(s) objected to deleted and indicated clearly.

Each document is to be produced in its entirety even if only a portion of the document is related to the identified subject matter and without abbreviation, editing, or expurgation and including

all appendices, tables, or other attachments. If an appendix, table, or other attachment is not presented with the original but is attached to a copy thereof or is otherwise available, it should be submitted and clearly marked to indicate the document to which it corresponds. With the exception of privileged material, no document or portion thereof should be masked or deleted in any manner. To the extent possible, documents should be produced in the same order and arrangement as in the file form which they are taken.

Unless otherwise requested, in lieu of producing original documents, you may produce photocopies, provided that you shall retain the original documents and produce them to the Plaintiff upon request. Further, copies of original documents may be submitted in lieu of originals only if they are true, correct, and complete copies of the original documents, and their submission constitutes a waiver of any claim as to the authenticity of the copy should it be necessary to introduce such copy into evidence in any legal proceeding. Please provide color copies of any document originally produced in color or containing type, writing, or other marks in any color other than black.

In the event such file(s) or documents(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who removed the file, the title of the file and each sub-file, if any, maintained within the file, and the present location of the file. If you choose to withhold from production for inspection and copying on the ground of privilege or the like, it is requested that you provide the following information: date, type of document, author, addressee or recipient, present location, custodian, number of pages, general description, privilege claimed, and any other pertinent information.

## III.    PRODUCTION REQUESTS

The following documents are requested to be produced. <u>Please contact undersigned counsel, or have your attorney contact undersigned counsel if you are represented by an attorney,</u>

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**Interrogatory No. 2.**   Identify each of Defendant's practices, policies, and procedures that were in existence prior to sending Plaintiff the Collection Letter, whereby said practices, policies, and procedures were reasonably adapted to prevent Defendant from violating the FDCPA as alleged by Plaintiff.

**RESPONSE:**

**Interrogatory No. 3.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, that Defendant maintains.

**RESPONSE:**

**Interrogatory No. 4.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, that Defendant does not maintain.

**RESPONSE:**

**Interrogatory No. 5.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, maintained by Defendant regarding Plaintiff or the Debt that are current within one week of the current date.

**RESPONSE:**

**Interrogatory No. 6.**   Identify the documents specified by Rule 69V-180.080, Florida Administrative Code, maintained by Defendant regarding Plaintiff or the Debt that are not current within one week of the current date.

**RESPONSE:**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136   Fax (855) 529-9540
www.JibraelLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on opposing counsel via e-mail.

/s/ Thomas J. Patti

**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Case 0:21-cv-60922-BB Document 1-1 Entered on FLSD Docket 04/29/2021 Page 32 of 45

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

**REYES VILMA**,

      Plaintiff(s),

VERSE

**ACCOUNTS RECEIVABLE MANAGEMENT,
INC. d/b/a A.R.M., INC.,** and **PHYSICIAN
PRACTICES OF MSMC, LLC,**

      Defendant(s).

_____/

**Case No.**: _____

**Judge**: _____

**Division**: _____

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff Reyes Vilma**,
*c/o* LAW OFFICES OF JIBRAEL S. HINDI, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant Accounts Receivable Management, Inc. d/b/a A.R.M., Inc.**
*c/o* 2300 Maitland Center Parkway, Suite 100, Maitland, Florida 32755

Pretrial Information: Appear at

on 04/27/2021 at 9:15 AM
in https://17thflcourts.zoom.us/j/292953734.

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO**. If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/22/2021 12:14:44 PM.****

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.**   Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment.  The plaintiff(s) must appear to avoid having the case dismissed.  A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE.   The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION**. Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity.  A principal is defined as being an officer, member, managing member, or partner in the business entity.  Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference.  Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:  The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where  the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on      MAR 23 2021 .

Filed by: _____

Address: _____

            _____

                          BRENDA D. FORMAN

                          AS CLERK OF THE COURT

                          BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### ZOOM LINK INFORMATION (BROWARD COUNTY)

**Step 1:** Locate your division number on the very top of the first page of this Summons

**Step 2:** Access via computer the Zoom Link below corresponding to your assigned division number.

**Step 3:** Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.

**Step 4:** If you do not have access to computer video/audio, you may call by telephone:

US toll-free numbers (888) 475-4499,

(833) 548-0276, (833) 548-0282, or (877) 853-5257

When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end of the division link below.

**Division 47** https://17thflcourts.zoom.us/j/95687147196

**Division 48** https://17thflcourts.zoom.us/j/292953734

**Division 49** https://17thflcourts.zoom.us/j/906144255

**Division 50** https://17thflcourts.zoom.us/j/154272965

**Division 51** https://17thflcourts.zoom.us/j/874680432

**Division 52** https://17thflcourts.zoom.us/j/530095888

**Division 53** https://17thflcourts.zoom.us/j/401645765

**Division 54** https://17thflcourts.zoom.us/j/911872548

**Division 55** https://17thflcourts.zoom.us/j/832434674

**Division 56** https://17thflcourts.zoom.us/j/121103675

**Division 60** https://17thflcourts.zoom.us/j/990901272

**Division 61** https://17thflcourts.zoom.us/j/606672692

**Division 62** https://17th.flcourts.zoom.us/j/98661669177

**Division 70** https://17thflcourts.zoom.us/j/561587919

**Division 71** https://17thflcourts.zoom.us/j/294767991

**Division 72** https://17thflcourts.zoom.us/j/402362403

**Division 73** https://17thflcourts.zoom.us/j/499985495

**Division 80** https://17thflcourts.zoom.us/j/489403007

**Division 81** https://17thflcourts.zoom.us/j/855034385

**Division 82** https://17thflcourts.zoom.us/j/190948749

**Division 83** https://17thflcourts.zoom.us/j/684278427

**IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA**

**REYES VILMA**,

      Plaintiff(s),

VERSE

**ACCOUNTS RECEIVABLE MANAGEMENT, INC. d/b/a A.R.M., INC.,** and **PHYSICIAN PRACTICES OF MSMC, LLC,**

      Defendant(s).

_____/

**Case No.**: _____

**Judge**: _____

**Division**: _____

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff Reyes Vilma**,
*c/o* LAW OFFICES OF JIBRAEL S. HINDI, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant Physician Practices of MSMC, LLC**
*c/o* 4300 Alton Road, Warner Building Fifth Floor, Miami Beach, Florida 33140

---

Pretrial Information: Appear at

on 04/27/2021 at 9:15 AM
in https://17thflcourts.zoom.us/j/292953734.

---

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO**. If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

The telephone number is also available for each Division at
http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.**   Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment.  The plaintiff(s) must appear to avoid having the case dismissed.  A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE.   The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION**. Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity.  A principal is defined as being an officer, member, managing member, or partner in the business entity.  Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference.  You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference.  Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:  The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where  the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on ___MAR 23 2021___.

Filed by: _____

Address: _____

_____

BRENDA D. FORMAN

AS CLERK OF THE COURT

_____
BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## ZOOM LINK INFORMATION (BROWARD COUNTY)

**Step 1**: Locate your division number on the very top of the first page of this Summons

**Step 2**: Access via computer the Zoom Link below corresponding to your assigned division number.

**Step 3**: Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.

**Step 4**: If you do not have access to computer video/audio, you may call by telephone:

US toll-free numbers (888) 475-4499,

(833) 548-0276, (833) 548-0282, or (877) 853-5257

When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end of the division link below.

Division 47 https://17thflcourts.zoom.us/j/95687147196

**Division 48** https://17thflcourts.zoom.us/j/292953734

**Division 49** https://17thflcourts.zoom.us/j/906144255

**Division 50** https://17thflcourts.zoom.us/j/154272965

**Division 51** https://17thflcourts.zoom.us/j/874680432

**Division 52** https://17thflcourts.zoom.us/j/530095888

**Division 53** https://17thflcourts.zoom.us/j/401645765

**Division 54** https://17thflcourts.zoom.us/j/911872548

**Division 55** https://17thflcourts.zoom.us/j/832434674

**Division 56** https://17thflcourts.zoom.us/j/121103675

**Division 60** https://17thflcourts.zoom.us/j/990901272

**Division 61** https://17thflcourts.zoom.us/j/606672692

**Division 62** https://17th.flcourts.zoom.us/j/98661669177

**Division 70** https://17thflcourts.zoom.us/j/561587919

**Division 71** https://17thflcourts.zoom.us/j/294767991

**Division 72** https://17thflcourts.zoom.us/j/402362403

**Division 73** https://17thflcourts.zoom.us/j/499985495

**Division 80** https://17thflcourts.zoom.us/j/489403007

**Division 81** https://17thflcourts.zoom.us/j/855034385

**Division 82** https://17thflcourts.zoom.us/j/190948749

**Division 83** https://17thflcourts.zoom.us/j/684278427

**In the County Court in and for Broward County, Florida**

Date: 04/27/2021

Time: 9:15 AM

Div 48 - Jennifer Wigand Hilal

*12 @ 9:15*

*NO RTN OF SVC filed as of 4/22/21.*

Reyes Vilma
 Plaintiff

Case No.   COCE-21-015299

vs.

Accounts Receivable Management Inc, et al
 Defendant

*/ physician practice*

*Ms. Leitner*

## DISPOSITION ORDER ON
## PRETRIAL CONFERENCE

| | | |
|---|---|---|
| ___ THE CLERK SHALL RESET PRETRIAL PENDING SERVICE, RULE 1.070(j) HEREBY INVOKED | PRINCIPAL | $_____ |
| ___ A (DEFAULT) IS HEREBY ENTERED AGAINST THE DEFENDANT(S), AND THE (PLAINTIFF SHALL SUBMIT) (CLERK SHALL PREPARE) A (AGREED) JUDGMENT FOR PLAINTIFF **[SEE RIGHT]** | PREJUDGMENT INTEREST | $_____ |
| ___ THIS CASE IS DISMISSED (WITH) (WITHOUT) PREJUDICE; PLAINTIFF REQUEST OR DID NOT APPEAR | COSTS | $_____ |
| ___ THIS CASE IS DISMISSED AS SETTLED (IN FULL) (BY STIPULATION FOR PAYMENTS) | ATTY FEES | $_____ |
| ___ THE COURT RETAINS JURISDICTION TO ENFORCE THE TERMS OF SETTLEMENT | INTEREST RATE | _____% |
| ___ THE PARTIES HAVE ___ DAYS TO SUBMIT/FILE BY E-ORDER JOINT STIP INVOKING RULES OF CIV PROC, CONSISTENT W/DIV ONLINE PROCEDURES | | |
| ___ OTHER | | |

_____

JUDGE'S NOTES OR SPECIAL INSTRUCTIONS TO CLERK:

*Set CMC in 30 days for
p to amend & possible removal
to fed
ct.*

DONE AND ORDERED THIS ___27th___ DAY OF __April__, 20 _21_.

_____
County Court Judge

FILED

APR 28 2021

County Civil
BROWARD COUNTY

# MEDIATION REPORT

**PLAINTIFF (ATTORNEY'S ADDRESS)**

Reyes Vilma

Thomas Patti

Tom@jibraellaw.com

**DEFENDANT (ATTORNEY'S ADDRESS)**

Accounts Receivble Management

Leia Leitner

lleitner@shepardfirm.com

```
FILED
APR 2 7 2021
County Civil
BROWARD COUNTY
```

## SMALL CLAIMS ($0-$8,000)

Indicate Amount of Claim  $6500

Date & Time: 4/27/21-9:15          Case # COCE 21-15299

Case Style: Reyes Vilma v Accounts Receivable Management, et al

Mediator (Please PRINT): Valerie Faggart          Judge Hilal

**Type:**
- [ ] Breach of Contract
- [ ] Commercial Eviction
- [x] Property Damage
- [ ] Consumer
- [ ] Landlord/Tenant
- [ ] Other
- [ ] Employment
- [ ] Residential Eviction
- [ ] Personal Injury Protection (PIP)
- [ ] Foreclosure

**Outcome:**
- [ ] Settled Prior to Mediation
- [ ] No Show Plaintiff
- [x] Adjourned: 45 Day  30
- [ ] Agreement
- [ ] No Show Defendant
- ____60
- [ ] No Agreement
- [ ] Rescheduled
- ____90 days
- [ ] Partial Agreement
- [ ] Other

Attendees:  Thomas Patti (P-Atty), Leia Leitner (D-Atty)

Time Med. Scheduled: 9:45   Time Med. Ended: 10:00   Mediator's Signature: /s/Valerie Faggart

*Continue to P.2 for County Court Mediation*

## IN THE COUNTY COURT OF THE 17TH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. <u>COCE21015299</u>   DIVISION <u>48</u>   JUDGE <u>Jennifer Hilal</u>

**Reyes Vilma**

Plaintiff(s) / Petitioner(s)

v.

**Accounts Receivable Management Inc, et al**

Defendant(s) / Respondent(s)

_____/

## ORDER SETTING CASE MANAGEMENT CONFERENCE VIA ZOOM PLATFORM

The Court hereby sets a case management hearing, and directs Plaintiff and Defendant and/or their counsels to appear before the Court via Zoom on the following date and time, and at the following location:

Date/Time: **MAY 27, 2021 at 9:30 a.m.**

JUDGE: **The Honorable Judge Jennifer Wigand Hilal**

Matter: **MANDATORY CASE MANAGEMENT via ZOOM**

 Location: Via zoom at https://17thflcourts.zoom.us/j/292953734

 Join the zoom meeting at https://17thflcourts.zoom.us/j/292953734 Meeting ID: 292 953 734 - OR – Dial by your location +1 312 626 6799 US Meeting ID: 292 953 734 Find your local number: https://17thflcourts.zoom.us/u/atdaetbYk

All parties must appear at the hearing and have access to their calendars to schedule future matters. This hearing may be canceled: 1. if the action is settled and a final order of dismissal has been issued; or 2. if the action is dismissed. All parties have the responsibility to inform the Court of a settlement of the case. All counsel shall serve any self-represented parties with this Order, within five (5) days of receipt.

**FAILURE TO APPEAR AS DIRECTED MAY RESULT IN A DEFAULT OR DISMISSAL OF THE ACTION OR OTHER SANCTIONS**

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on <u>04-29-2021</u>.

COCE21015299 04/29/2024 10:27 AM

<u>COCE21015299 04-29-2021 10:27 AM</u>
Hon. Jennifer Hilal
**COUNTY JUDGE**
Electronically Signed by Jennifer Hilal

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

**Copies Furnished To:**
Leia Villasenor Leitner , E-mail : service@shepardfirm.com
Leia Villasenor Leitner , E-mail : leiavleitner@gmail.com
Leia Villasenor Leitner , E-mail : lleitner@shepardfirm.com
Physician Practices of MSMC LLC , Address : 4300 Alton Road Warner Building, Fifth Floor, Miami Beach, FL 33140
Thomas John Patti III , E-mail : tom@jibraellaw.com
Thomas John Patti III , E-mail : jibrael@jibraellaw.com
Thomas John Patti III , E-mail : bryon@jibraellaw.com

**IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**CASE No.** COCE-21-015299

REYES VILMA,

      Plaintiff,

vs.

ACCOUNT RECEIVABLE
MANAGEMENT, INC., and PHYSICIAN
PRACTICES OF MSMC, LLC

      Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT PHYSICIAN PRACTICES OF MSMC, LLC**

Plaintiff Reyes Vilma files this Notice Voluntary Dismissal with respect to *only* **Defendant**

**Physician Practices of MSMC**.

      DATED: April 29, 2021

                                Respectfully Submitted,

                                /s/ Thomas J. Patti
                                **JIBRAEL S. HINDI, ESQ.**
                                Florida Bar No.: 118259
                                E-mail:    jibrael@jibraellaw.com
                                **THOMAS J. PATTI, ESQ.**
                                Florida Bar No.: 118377
                                E-mail:    tom@jibraellaw.com
                                The Law Offices of Jibrael S. Hindi
                                110 SE 6th Street, Suite 1744
                                Fort Lauderdale, Florida 33301
                                Phone:    954-907-1136
                                Fax:       855-529-9540

                                *COUNSEL FOR PLAINTIFF*

.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2021, the foregoing was electronically filed with the Clerk of the Court using the Florida e-filing system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/ Thomas J. Patti                                    .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com