**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-60922-BLOOM/Valle**

REYES VILMA,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.

_____/

**ORDER RESCHEDULING MEDIATION**

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Leave to Reschedule Mediation, ECF No. [16] ("Motion"), filed on August 16, 2021. The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [16]**, is **GRANTED**. The mediation conference in this case shall be held on **January 18, 2022**, at **2:00 p.m.** with Steven R. Jaffe via video conference. On or before **January 21, 2022**, the parties shall file a mediation report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), the mediation was continued with the consent of the parties, or whether the mediator declared an impasse. The parties may not reschedule the mediation without leave of court.

Case No. 21-cv-60922-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 16, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record