**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-60922-BLOOM/Valle**

REYES VILMA,

      Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

      Defendant.

_____/

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

      **THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice, ECF No. [21] ("Stipulation"), filed on November 19, 2021. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Stipulation, **ECF No. [21]** is **APPROVED**;

2.  The above-styled case is **DISMISSED WITH PREJUDICE**;

3.  Each party shall bear its own attorneys' fees and costs;

4.  To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5.  The Clerk of Court is directed to **CLOSE** this case.

Case No. 21-cv-60922-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 19, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record